**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| Gregory McNary and Dorine McNary, | ) ) ) | |
| Plaintiffs, | ) | **ORDER** |
| | ) | |
| vs. | ) | |
| | ) | |
| Vercy Faircloth, | ) | |
| | ) | Case No. 1:12-cv-081 |
| Defendant. | ) | |

Before the court is a Stipulation of Dismissal filed by the parties on September 19, 2013.

The court **ADOPTS** the parties' stipulation (Docket No. 22).  The above-entitled mater shall be

**DISMISSED** with prejudice and without further costs to either party.

**IT IS SO ORDERED.**

Dated this 20th day of September, 2013.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr., Magistrate Judge
United States District Court